# EXHIBIT F

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

ASHWIN V. LADVA, ESQ.    206140
LADVA, SHOKER, & ASSOCIATES
530 Jackson Street,   2nd Floor
San Francisco, CA  94133
TELEPHONE NO.: (415) 296-8844    FAX NO.(Optional): (415) 296-8847
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Gladys Dewiit

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS:  400 McAllister St.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER:  Gladys Dewitt

DEFENDANT/RESPONDENT: City and County of San Francisco, et al

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  [X] UNLIMITED CASE (Amount demanded exceeds $25,000)   [ ] LIMITED CASE (Amount demanded is $25,000 or less) | CGC-07-459735 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date:  June 22, 2007    Time:  10:00 a.m.  Dept.: 212    Div.:    Room:
Address of court *(if different from the address above)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [X] This statement is submitted by party *(name)*:  Gladys Dewitt
   b. [ ] This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:  Feb. 13, 2007
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [ ] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [X] The following parties named in the complaint or cross-complaint
      (1) [X] have not been served *(specify names and explain why not)*:
          James Moore. SFGH would not accept service for Mr. Moore at the hospital.
      (2) [ ] have been served but have not appeared and have not been dismissed*(specify names)*:
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in  [X] complaint   [ ] cross-complaint    *(describe, including causes of action)*:
      Breach of contract

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]    Martin Dean's ESSENTIAL FORMS™

CASE MANAGEMENT STATEMENT

Cal. Rules of Court,
rule 3.720-3.730
www.courtinfo.ca.gov

Gladys Dewitt

| PLAINTIFF/PETITIONER: Gladys Dewitt | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City and County of San Francisc | CGC-07-459735 |

b. Provide a brief statement of the case, including any damages.*(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

After a medical leave of absence, plaintiff was denied the right to return to work by defendant.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

**Jury or nonjury trial**
The party or parties request ☒ a jury trial ☐ a nonjury trial *(if more than one party, provide the name of each party requesting a jury trial)* :

**Trial date**
a. ☐ The trial has been set for *(date)* :
b. ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain)* :
c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability)* :

'. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one)* :
a. ☒ days *(specify number)* : 4-5 days
b. ☐ hours (short causes) *(specify)* :

3. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:
a. Attorney:
b. Firm:
c. Address:
d. Telephone number:
e. Fax number:
f. E-mail address:
g. Party represented:
☐ Additional representation is described in Attachment 8.

9. **Preference**
☐ This case is entitled to preference *(specify code section)* :

10. **Alternative Dispute Resolution (ADR)**
a. Counsel ☒ has ☐ has not       provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date)* :
c. ☐ The case has gone to an ADR process *(indicate status)* :

CM-110 [Rev. January 1, 2007]                **CASE MANAGEMENT STATEMENT**

Martin Dean's
ESSENTIAL FORMS™

Gladys Dewitt

CM-110

| PLAINTIFF/PETITIONER: Gladys Dewitt | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City and County of San Francisc | CGC-07-459735 |

d. The party or parties are willing to participate in *(check all that apply)* :
   (1) ☒ Mediation
   (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
   (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
   (4) ☐ Binding judicial arbitration
   (5) ☐ Binding private arbitration
   (6) ☐ Neutral case evaluation
   (7) ☐ Other *(specify)* :

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court    *(specify exemption)* :

1. **Settlement conference**
   ☐ The party or parties are willing to participate in an early settlement conference *(specify when)* :

2. **Insurance**
   a. ☐ Insurance carrier, if any, for party filing this statement *(name)* :
   b. Reservation of rights: ☐ Yes ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case *(explain)* :

13. **Jurisdiction**
   Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
   ☐ Bankruptcy ☐ Other *(specify)* :
   Status:

14. **Related cases, consolidation, and coordination**
   a. ☐ There are companion, underlying, or related cases.
     (1) Name of case:
     (2) Name of court:
     (3) Case number:
     (4) Status:
   ☐ Additional cases are described in Attachment 14a.
   b. ☐ A motion to ☐ consolidate ☐ coordinate    will be filed by *(name party)* :

15. **Bifurcation**
   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

16. **Other motions**
   ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

Martin Dean's
ESSENTIAL FORMS™

Gladys Dewitt

Case No.

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am over the age of 18 years and am not a party to this action. I am employed in the City and County of San Francisco. My business address is 530 Jackson Street, 2nd Floor, San Francisco, California, 94133. On the date set forth below, I served the foregoing documents described as follows:

- PLAINTIFF'S CMC STATEMENT

On the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

San Francisco Superior Court
Clerk of the Court
400 McAllister St.
San Francisco, CA 94102

Dennis Herrera, City Attorney
Rose-Ellen Fairgrieve
1390 Market Street, 6th Floor
San Francisco, CA 94102

[X]    **BY FIRST CLASS MAIL:** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ]    **BY PERSONAL SERVICE:**    Following ordinary business practices, I cause the aforementioned document to be served, by hand delivery this date to the offices of the addressee(s).

[ ]    **BY OVERNIGHT MAIL:** I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ]    **BY FACSIMILE:** I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: _5/14/07_                    _Samantha Perelson (signature)_
                                    Samantha Perelson

# EXHIBIT G

1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
3   ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 5th Floor
5   San Francisco, California 94102-5408
    Telephone:     (415) 554-3845
6   Facsimile:      (415) 554-4248
    E-Mail:         rose-ellen.fairgrieve@sfgov.org
7
    Attorneys for Defendants
8   CITY AND COUNTY OF SAN FRANCISCO,
    LADRON DURIO, AND JAMES MOORE
9

**ENDORSED
FILED**
San Francisco County Superior Court

MAY 2 4 2007

GORDON PARK-LI, Clerk
lv:      ROSSALY DE LA VEGA
                    Deputy Clerk

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF SAN FRANCISCO

12                        UNLIMITED JURISDICTION

13   GLADYS DEWITT,                        Case No. 459-735

14              Plaintiff,                 **DEFENDANTS CCSF AND LADRON
                                           DURIO'S EX PARTE MOTION TO
15        vs.                              DISMISS COMPLAINT AND FOR
                                           ENTRY OF JUDGMENT; POINTS
16   CITY AND COUNTY OF SAN                AND AUTHORITIES
     FRANCISCO, SAN FRANCISCO              (CCP § 581(f), CRC 3.1320(h))**
17   GENERAL HOSPITAL, LADRON
     DURIO, JAMES MOORE, and DOES 1 –      Hearing Date:   May 25, 2007
18   25,                                   Hearing Judge:  Hon. Patrick J. Mahoney
                                           Time:           11:00 a.m.
19              Defendants.                Place:          Dept. 302

20                                         Date Action Filed:   January 19, 2007
                                           Trial Date:          Not yet set
21
                                           Attached Documents:
22                                           • Declaration of Rose-Ellen
                                               Fairgrieve in Support of Defendants'
23                                             Ex Parte Motion for Dismissal
                                             • Proposed Judgment
24

25

26

27

28

                                    1

## APPLICATION

Defendants City and County of San Francisco and Ladron Durio hereby move the Court to dismiss Plaintiff Gladys DeWitt's Complaint pursuant to Code of Civil Procedure 581(f) and California Rule of Court 3.1320(h). This motion is based on the Memorandum of Points and Authorities, below, the Declaration of Rose-Ellen Fairgrieve in Support of Defendants' Ex Parte Motion to Dismiss and for Entry of Judgment, and any oral argument that may be made at the ex parte hearing.

Gladys DeWitt's attorney is Ashwin Ladva, of Ladva, Shoker & Associates, 530 Jackson Street, 2nd Floor, San Francisco, CA 94133. Mr. Ladva's phone number is 415-296-8844.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.     INTRODUCTION

Defendants City and County of San Francisco and Ladron Durio move to dismiss this action against them on grounds that the time to amend the Complaint following the Court's ruling sustaining Defendants' demurrer to the Complaint has expired. CCP §581(f)(2); CRC 3.1320(g), (h).

### II.     PROCEDURAL HISTORY

On February 28, 2007, Defendants City and County of San Francisco and Ladron Durio filed a demurrer to Gladys DeWitt's entire complaint on grounds that DeWitt failed to file a timely government claim, and that each of the five causes of action failed to state facts sufficient to state a cause of action and are barred as a matter of law. On April 25, 2007, the Court issued an Order Sustaining the Defendants' Demurrer. (*See* Fairgrieve Declaration, Exhibit A.) The demurrer was sustained without leave to amend as to the First and Second causes of action. The Court granted leave to amend as to the Third, Fourth, and Fifth causes of action. (*Id.*)

In its order sustaining the demurrer, the Court did not specify the time period within which any amendment to the Complaint had to be made, making the time to amend 10 days from the date of service of the April 25, 2007 Order. CRC 3.1320(g). The Court's Order was hand served on

2

1  DeWitt's counsel on April 26, 2007. (*See* Fairgrieve Declaration, Exhibit B.)  Thus, DeWitt had

2  until May 7, 2007 to amend her complaint.  No amended complaint has been filed to date.

3      On May 24, 2007, counsel for the City and Durio provided notice to counsel for DeWitt that

4  she would be appearing on the ex parte calendar on May 25, 2007, in Department 302, seeking

5  dismissal of the complaint.  (*See* Fairgrieve Declaration, ¶¶5-6.)

6

7  **III.    ARGUMENT**

8      DeWitt has failed to amend her complaint.  Because the time to amend the complaint

9  following the Court's ruling sustaining Defendants' demurrer has expired, the City and Ladron

10  Durio respectfully request that the Court dismiss this action against them with prejudice and enter

11  judgment in their favor, pursuant to California Code of Civil Procedure § 581(f)(2).  California Rule

12  of Court 3.1320(h) expressly permits such relief to be granted on ex parte application:  "A motion to

13  dismiss the entire action and for entry of judgment after expiration of the time to amend following

14  the sustaining of a demurrer may be made by ex parte application to the court under Code of Civil

15  Procedure section 581(f)(2)."

16

17

18

Dated:  May 24, 2007

19

20                    DENNIS J. HERRERA
                    City Attorney
21                    ELIZABETH S. SALVESON
                    Chief Labor Attorney
22                    ROSE-ELLEN H. FAIRGRIEVE
                    Deputy City Attorney
23

24                    By: _____
                    ROSE-ELLEN H. FAIRGRIEVE
25

26                    Attorneys for Defendants
                    CITY AND COUNTY OF SAN FRANCISCO,
                    LADRON DURIO, AND JAMES MOORE
27

28

Def's Ex Parte Appl. for Dismissal  Case No. 459735                    n:\labor\li2007\071000\00027436.doc

1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
3   ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 5th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3845
6   Facsimile:     (415) 554-4248
    E-Mail:        rose-ellen.fairgrieve@sfgov.org
7
    Attorneys for Defendants
8   CITY AND COUNTY OF SAN FRANCISCO,
    LADRON DURIO, AND JAMES MOORE
9

ENDORSED
F I L E D
San Francisco County Superior Court

MAY 2 4 2007

GORDON PARK-LI, Clerk
By: ____ ROSSALY DE LA VEGA
                          Deputy Clerk

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF SAN FRANCISCO

12                        UNLIMITED JURISDICTION

13   GLADYS DEWITT,                          Case No. 459-735

14              Plaintiff,                    DECLARATION OF ROSE-ELLEN H.
                                             FAIRGRIEVE IN SUPPORT OF
15        vs.                                DEFENDANTS' EX PARTE MOTION
                                             TO DISMISS COMPLAINT AND FOR
16   CITY AND COUNTY OF SAN                  ENTRY OF JUDGMENT
     FRANCISCO, SAN FRANCISCO
17   GENERAL HOSPITAL, LADRON                Hearing Date:   May 25, 2007
     DURIO, JAMES MOORE, and DOES 1 –        Hearing Judge:  Hon. Patrick J. Mahoney
18   25,                                     Time:           11:00 a.m.
                                             Place:          Dept. 302
19              Defendants.
                                             Date Action Filed:   January 19, 2007
20                                           Trial Date:          Not yet set

21                                           Attached Documents:  Exhibits A-C

22

23

24        I, ROSE-ELLEN HEINZ FAIRGRIEVE, declare as follows:

25        1.    I am an attorney of record for Defendants in the above-captioned matter. I am

26   admitted to practice law in California and to appear before this Court. I have personal knowledge

27

28
                                          1




1  of the facts in this declaration, and if called upon to testify, I could and would testify competently to

2  the facts contained herein.

3      2.    Attached hereto as Exhibit A is this Court's Order Sustaining Defendants' Demurrer,

4  issued on April 25, 2007.

5      3.    Attached hereto as Exhibit B is a proof of service from Dynamo Deliveries, which

6  hand-delivered the Court's Order on the Demurrer to counsel for DeWitt on April 26, 2007 at 1:30

7  p.m.

8      4.    Ex parte relief under these circumstances is expressly permitted by California Rule

9  of Court 1.1320(h).

10     5.    On May 24, 2007, at approximately 9:00 a.m., I phoned the office of Ashwin Ladva,

11 counsel for Gladys DeWitt, to inform him that I would be appearing on the ex parte calendar on

12 May 25, 2007 in Department 302 at 11:00 a.m., seeking dismissal of the complaint. I left a

13 voicemail with the information.

14     6.    I followed up my voicemail with a letter containing the same information about my

15 intent to appear on the ex parte calendar. A true and correct copy of my letter is attached hereto as

16 Exhibit C.

17     7.    As of the writing of this declaration, I have not received a response from Mr. Ladva

18 as to whether he intends to appear or oppose the motion.

19

20     I declare under penalty of perjury under the laws of the State of California that the foregoing

21 is true and correct. This declaration was executed in San Francisco, California.

22 Dated: May 24, 2007

23

24                                    ROSE-ELLEN H. FAIRGRIEVE

25

26

27

28

DECL. in Support of Ex Parte Appl. for Dismissal  Case No. 459735          n:\labor\li2007\071000\00027439.doc

EXHIBIT A

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3845
Facsimile:    (415) 554-4248
E-Mail:    rose-ellen.fairgrieve@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
LADRON DURIO, AND JAMES MOORE

ENDORSED
F I L E D
San Francisco County Superior Court

APR 2 5 2007

GORDON PARK-LI, Clerk
BY:     LINDA K. ESPY
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

GLADYS DEWITT,

        Plaintiff,

     vs.

CITY AND COUNTY OF SAN
FRANCISCO, SAN FRANCISCO
GENERAL HOSPITAL, LADRON
DURIO, JAMES MOORE, and DOES 1 –
25,

        Defendants.

Case No. 459-735

[PROPOSED] ORDER SUSTAINING
DEFENDANT CITY AND COUNTY OF
SAN FRANCISCO AND LADRON
DURIO'S DEMURRER TO
PLAINTIFF'S COMPLAINT

Hearing Date:    April 11, 2007
Hearing Judge:   Hon. Patrick J. Mahoney
Time:            9:30 a.m.
Place:           Dept. 302

Date Action Filed:    January 19, 2007
Trial Date:           Not yet set

1

[Proposed] Order Sustaining Def's Demurrer, Case No. 459-735     N:\LABOR\LI2007\071000\00018833.DOC

This matter came on regularly for hearing on April 11, 2007, in Department 302, the Honorable Patrick J. Mahoney presiding. Present during the hearing and representing defendants City and County of San Francisco and Ladron Durio ("City") was Deputy City Attorney Rose-Ellen H. Fairgrieve. Plaintiff Gladys DeWitt was represented by her attorney, Ashwin Ladva, Esq. After considering the pleadings, oral argument, and matters judicially noticeable,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT:

The Defendants' demurrer to Plaintiff's January 19, 2007 Complaint is sustained without leave to amend as to the First and Second causes of action, and is sustained as to the Third, Fourth, and Fifth causes of action, with leave to amend as against all Defendants except San Francisco General Hospital.

In so ordering, the Court finds that:

1)     The Complaint is barred on its face by Government Code Sections 911.2 and 911.4. Pursuant to those Sections, a plaintiff must file a California tort claim within six months or, in the event of late claim relief, within one year of the date the injury incurred as a result of defendant's wrongful act or omission.

2)     Plaintiff filed her tort claim on March 20, 2006. Plaintiff does not allege any facts that give rise to her causes of action that occurred after September 20, 2005, six months before she filed her claim. Accordingly, Plaintiff's tort claim was untimely.

3)     The first and second causes of action for breach of contract and breach of implied covenant of good faith and fair dealing fail as a matter of law because a public servant may not, as a matter of law, assert contract or quasi-contract claims. (*Kemmerer v. County of Fresno* (1988) 200 Cal.App.3d 1426, 1432-35.)

4)     The third cause of action for fraud against the City fails because the City is immune from liability for misrepresentation under California Government Code Section 818.8. (*Burden v. County of Santa Clara* (2000) 81 Cal.App.4th 244, 250.)

5)     The fourth and fifth causes of action for intentional infliction of emotional distress and negligent infliction of emotional distress fail because they are barred by Workers' Compensation Act exclusivity.

[...]ining Def's Demurrer, Case No. 459-735          N:\LABOR\LI2007\071000\00018833.DOC

1   6)    Generally, an employee whose injury arises out of and in the course of employment is

2   limited to recovery of workers' compensation benefits. (Labor Code §§ 3600-3602.) "Section

3   3600 of the Labor Code provides that an employer is liable for injuries to its employees arising

4   out of and in the course of employment, and section [3602] declares that where the conditions of

5   workers' compensation exist, the right to recover such compensation is the exclusive remedy

6   against an employer for injury or death of an employee." (*Vuillemainroy v. American Rock &*

7   *Asphalt, Inc.* (1999) 70 Cal.App.4th 1280, 1283.) These provisions apply to all injuries that arise

8   from the employment relationship. (*Livitsanos v. Superior Court* (1992) 2 Cal.4th 744, 747.)

9   7)    Where, as here, "the complaint affirmatively alleges facts indicating coverage by the

10  workers' compensation laws, if it fails to state additional facts negating application of the

11  exclusive remedy provision, no civil action will lie and the complaint is subject to a general

12  demurrer." (*Halliman v. Los Angeles Unified School Dist.* (1984) 163 Cal.App.3d 46, 50.)

13  8)    Plaintiff's allegations arise out of and in the course of employment, and thus her fourth

14  and fifth causes of action are barred as a matter of law under Workers' Compensation exclusivity.

15

16  **IT IS SO ORDERED.**

17      APR 2 4 2007                              PATRICK J. MAHONEY

18  Dated: _____          _____
                                     Honorable Patrick J. Mahoney
19                                   San Francisco Superior Court

20

21

22  Approved as to form.

23  _____          _____
    Ashwin Ladva, Esq.          Dated
24

25

26

27

28

[Proposed] Order Sustaining Def's Demurrer, Case No. 459-735          N:\LABOR\LJ2007\07\1000\00018833.DOC

 

## PROOF OF SERVICE

I, Karen Passanisi, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On April 26, 2007, I served the following document(s):

- **ORDER SUSTAINING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO AND LADRON DURION'S DEMURRER TO PLAINTIFF'S COMPLAINT**

on the following persons at the locations specified:

Ashwin Ladva, Esq.
Ladva, Shoker & Associates
530 Jackson St., 2nd Floor
San Francisco, CA 94133-5143

in the manner indicated below:

☐ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☒ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number (415) 554-4248 to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of the transmission report ☐ is attached or ☒ will be filed separately with the court.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 26, 2007, at San Francisco, California.

_____
Karen Passanisi

n:\labor\li2007\071000\00011893.doc

EXHIBIT B

POS-020

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257, DEPUTY CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
1390 MARKET STREET, 5TH FLOOR
SAN FRANCISCO, CA 94102-5408

TELEPHONE NO.: (415) 554-3845          FAX NO. *(Optional):* (415) 554-4248
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* DEFENDANT(S)

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McALLISTER SREET
MAILING ADDRESS: 400 McALLISTER SREET
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PETITIONER/PLAINTIFF: GLADYS DEWITT

RESPONDENT/DEFENDANT: CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

| | CASE NUMBER: |
|---|---|
| PROOF OF PERSONAL SERVICE—CIVIL | 459-735 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action.
2. I served the following documents *(specify):*

   ORDER SUSTAINING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO AND LADRON DURIO'S
   DEMURRER TO PLANTIFF'S COMPLAINT

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following persons at the address, date, and time stated:
   a. Name:  ASHWIN LADVA
   b. Address: 530 JACKSON STREET, 2ND FLOOR, SAN FRANCISCO, CA
   c. Date:  APRIL 26TH, 2007
   d. Time:  1:30 p.m.

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☑ not a registered California process server.
   b. ☐ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*

   TARA BETH COOPER / DYNAMO DELIVERIES
   1604 DOLORES STREET, SAN FRANCISCO CA, 94110
   (415) 336-8657

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: MAY 15TH, 2007

TARA BETH COOPER                                      ▶ *(signature)*
_____                      _____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)  (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

PROOF OF PERSONAL SERVICE—CIVIL

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

EXHIBIT C

CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

ROSE-ELLEN HEINZ FAIRGRIEVE
Deputy City Attorney

DIRECT DIAL:   (415) 554-3845
E-MAIL:   rose-ellen.fairgrieve@sfgov.org

May 24, 2007

<u>Via Facsimile Only</u>: 296-8847

Ashwin Ladva, Esq.
Ladva, Shoker & Associates
530 Jackson Street, 2nd Floor
San Francisco, CA 94133

Re:   DeWitt v. CCSF, et al., Case No. 459-735
        Appearance on May 25, 2007 Ex Parte Calendar

Dear Ashwin:

I am writing to follow up the voicemail I left for you at 9:00 this morning. Tomorrow, Friday, May 25, 2007, I will be appearing on the ex parte calendar in Department 302. I will be seeking a dismissal and judgment in favor of Defendants City and County of San Francisco and Ladron Durio. Please let me know if you plan to appear and/or oppose the motion.

I will serve you with Defendants' motion and supporting documents this afternoon via facsimile.

Very truly yours,

DENNIS J. HERRERA
City Attorney

ROSE-ELLEN HEINZ FAIRGRIEVE
Deputy City Attorney

```
************ -COMM. JOURNAL- ***************** DATE MAY-24-2007 ****** TIME 11:11 ********

     MODE = MEMORY TRANSMISSION              START=MAY-24 11:10    END=MAY-24 11:11

        FILE NO.=984

  STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                    PAGES   DURATION
  NO.            ABBR NO.

  001    OK      ≛           92968847                                002/002  00:00:22


  ****************************** -        - ***** -      4155544248- **********
```

## CITY AND COUNTY OF SAN FRANCISCO



DENNIS J. HERRERA
City Attorney

## OFFICE OF THE CITY ATTORNEY

ROSE-ELLEN FAIRGRIEVE
Deputy City Attorney
DIRECT DIAL:  (415) 554-3845

### FACSIMILE COVER SHEET

### Thursday, May 24, 2007; Time: 10:10 AM

| TO: | OF: | PHONE: | FAX: |
|---|---|---|---|
| Ashwin Ladva, Esq. | Ladva, Shoker & Associates | (415) 296-8844 | (415) 296-8847 |

| FROM: | OF: | PHONE: | FAX: |
|---|---|---|---|
| Rose-Ellen Fairgrieve | City Attorney's Office | (415) 554-3845 | (415) 554-4248 |

<u>**MESSAGE**</u>

Re:   DeWitt v. CCSF

We are transmitting a total of **2** pages, including this cover sheet.
If you did not receive all of the pages or there is another problem, please call me at (415) 554-3845.

**CONFIDENTIALITY NOTE**

*THIS AND ANY ACCOMPANYING PAGES CONTAIN INFORMATION FROM THE SAN FRANCISCO CITY ATTORNEY'S OFFICE WHICH IS CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, THEN BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE ACCOMPANYING DOCUMENT (OR THE INFORMATION CONTAINED IN IT) IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE TRANSMISSION IN ERROR, PLEASE NOTIFY OUR OFFICES IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETRIEVAL AT NO COST TO YOU.*

FOX PLAZA · 1390 MARKET STREET, 5TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-4248

n:\labor\li2007\071000\00073373.doc

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3845
Facsimile:    (415) 554-4248
E-Mail:        rose-ellen.fairgrieve@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
LADRON DURIO, AND JAMES MOORE

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| GLADYS DEWITT,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, LADRON DURIO, JAMES MOORE, and DOES 1 – 25,<br><br>        Defendants. | Case No. 459-735<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND LADRON DURIO<br><br>Date Action Filed:    January 19, 2007<br>Trial Date:          Not yet set |

This matter came on the ex parte calendar on May 25, 2007, in Department 302, the Honorable Patrick J. Mahoney presiding. Present and representing Defendants City and County of San Francisco and Ladron Durio ("City") was Deputy City Attorney Rose-Ellen H. Fairgrieve. Counsel for Plaintiff Gladys DeWitt, Ashwin Ladva, Esq., was given notice of the ex parte matter and did/did not appear. After considering the Defendants' ex parte application, the declaration of Rose-Ellen Fairgrieve in support of Defendants' ex parte application, and any oral argument presented at the ex parte hearing,

[Proposed] Judgment, Case No. 459-735                    N:\LABOR\L12007\071000\00026265.DOC

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT:

2         The Complaint is dismissed with prejudice.  Judgement is granted against Gladys DeWitt

3    in favor of the Defendants City and County of San Francisco and Ladron Durio.

4

5         **IT IS SO ORDERED.**

6

7    Dated: _____        _____
                                    Honorable Patrick J. Mahoney
8                                   San Francisco Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1  DENNIS J. HERRERA, State Bar 139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3845
6  Facsimile:    (415) 554-4248
   E-Mail:    rose-ellen.fairgrieve@sfgov.org
7
8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
   LADRON DURIO, AND JAMES MOORE
9

ENDORSED
**F I L E D**
San Francisco County Superior Cour

MAY 2 4 2007

GORDON PARK-LI, Clerk
BY:    ROSSALY DE LA VEGA
                                  Deputy Clerk

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF SAN FRANCISCO

12                        UNLIMITED JURISDICTION

13  GLADYS DEWITT,                          Case No. 459-735

14              Plaintiff,                  **PROOF OF SERVICE**

15        vs.

16  CITY AND COUNTY OF SAN
    FRANCISCO, SAN FRANCISCO
17  GENERAL HOSPITAL, LADRON
    DURIO, JAMES MOORE, and DOES 1 –
18  25,

19              Defendants.

20

21  I, Karen Passanisi, declare as follows:

22        I am a citizen of the United States, over the age of eighteen years and not a party to the

23  within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza

24  Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

25        On May 24, 2007, I served the attached:

26  •  **DEFENDANTS CCSF AND LADRON DURIO'S EX PARTE MOTION TO DISMISS
       COMPLAINT AND FOR ENTRY OF JUDGMENT; POINTS AND AUTHORITIES**

27

28
                                      1
    PROOF OF SERVICE           CASE NO. 459-735        n:\labor\li2007\071000\00019216.doc



- DECLARATION OF ROSE-ELLEN H. FAIRGRIEVE IN SUPPORT OF DEFENDANTS' EX PARTE MOTION TO DISMISS COMPLAINT AND FOR ENTRY OF JUDGMENT

- [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND LADRON DURIO

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s)

addressed as follows:

Ashwin Ladva, Esq.
Ladva, Shoker & Associates
530 Jackson St., 2nd Floor
San Francisco, CA 94133-5143
Facsimile: (415) 296-8847

and served the named document in the manner indicated below:

☒    **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number (415) 554-4248 to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached or** ☒ **will be filed separately with the court.**

I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct.

Executed May 24, 2007, at San Francisco, California.

_____
Karen Passanisi

PROOF OF SERVICE                    CASE NO. 459-735                    n:\labor\li2007\071000\00019216.doc

```
*************** -COMM. JOU...   *************** DATE MAY-24-2007 ***  *** TIME 13:58 ***

        MODE = MEMORY TRANSMISSION           START=MAY-24 13:55    END=MAY-24 13:58

            FILE NO.=988

    STN    COMM.    ONE-TOUCH/  STATION NAME/TEL NO.                    PAGES    DURATION
    NO.              ABBR NO.

    001    OK       ☎           92968847                              020/020   00:02:41



    **********************************  -        - **** -        4155544248- *************
```

## CITY AND COUNTY OF SAN FRANCISCO

**DENNIS J. HERRERA**
City Attorney

## OFFICE OF THE CITY ATTORNEY

ROSE-ELLEN FAIRGRIEVE
Deputy City Attorney
DIRECT DIAL:  (415) 554-3845

## FACSIMILE COVER SHEET

### Thursday, May 24, 2007; Time: 12:57 PM

| TO: | OF: | PHONE: | FAX: |
|-----|-----|--------|------|
| Ashwin Ladva, Esq. | Ladva, Shoker & Associates | (415) 296-8844 | (415) 296-8847 |

| FROM: | OF: | PHONE: | FAX: |
|-------|-----|--------|------|
| Rose-Ellen Fairgrieve | City Attorney's Office | (415) 554-3845 | (415) 554-4248 |

| **MESSAGE** |
|-------------|
| Re:   DeWitt v. CCSF |

We are transmitting a total of **20** pages, including this cover sheet.
If you did not receive all of the pages or there is another problem, please call me at (415) 554-3845.

**CONFIDENTIALITY NOTE**

THIS AND ANY ACCOMPANYING PAGES CONTAIN INFORMATION FROM THE SAN FRANCISCO CITY ATTORNEY'S OFFICE WHICH IS CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, THEN BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE ACCOMPANYING DOCUMENT (OR THE INFORMATION CONTAINED IN IT) IS PROHIBITED.  IF YOU HAVE RECEIVED THIS FACSIMILE TRANSMISSION IN ERROR, PLEASE NOTIFY OUR OFFICES IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETRIEVAL AT NO COST TO YOU.

FOX PLAZA · 1390 MARKET STREET, 5TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-4248

n:\labor\li2007\071000\00017223.doc

# EXHIBIT H



1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
3   ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 5th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3845
6   Facsimile:    (415) 554-4248
    E-Mail:       rose-ellen.fairgrieve@sfgov.org
7
    Attorneys for Defendants
8   CITY AND COUNTY OF SAN FRANCISCO,
    LADRON DURIO, AND JAMES MOORE
9
10              SUPERIOR COURT OF THE STATE OF CALIFORNIA
11                      COUNTY OF SAN FRANCISCO
12                        UNLIMITED JURISDICTION
13   GLADYS DEWITT,                          Case No. 459-735
14              Plaintiff,                   NOTICE OF ENTRY OF JUDGMENT
                                             AND ORDER IN FAVOR OF
15        vs.                                DEFENDANTS CITY AND COUNTY
                                             OF SAN FRANCISCO AND LADRON
16   CITY AND COUNTY OF SAN                  DURIO
     FRANCISCO, SAN FRANCISCO
17   GENERAL HOSPITAL, LADRON                Hearing Date:    May 25, 2007
     DURIO, JAMES MOORE, and DOES 1 –       Hearing Judge:   Hon. Patrick J. Mahoney
18   25,                                     Time:            11:00 a.m.
                                             Place:           Dept. 302
19              Defendants.
                                             Date Action Filed:   January 19, 2007
20                                           Trial Date:          Not yet set
21
22
23
24
25
26
27
28
                                    1

N:\LABOR\LI2007\071000\00029092.DOC

PLEASE TAKE NOTICE that on May 25, 2007, the Court entered the attached

Judgment and Order in Favor of Defendants City and County of San Francisco and Ladron

Durio. A copy of the Judgment and Order are attached as Exhibit A and Exhibit B, respectively.

Dated: May 25, 2007

> DENNIS J. HERRERA
> City Attorney
> ELIZABETH S. SALVESON
> Chief Labor Attorney
> ROSE-ELLEN H. FAIRGRIEVE
> Deputy City Attorney
>
> By: _____
> ROSE-ELLEN H. FAIRGRIEVE
> Attorneys for Defendant

Order, Case No. 459-735

N:\LABOR\LI2007\071000\00029092.DOC

EXHIBIT A

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3845
6  Facsimile:    (415) 554-4248
   E-Mail:       rose-ellen.fairgrieve@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   LADRON DURIO, AND JAMES MOORE
9
10           SUPERIOR COURT OF THE STATE OF CALIFORNIA
11                     COUNTY OF SAN FRANCISCO
12                       UNLIMITED JURISDICTION
13  GLADYS DEWITT,                    Case No. 459-735
14           Plaintiff,              [PROPOSED] JUDGMENT IN FAVOR
                                     OF DEFENDANTS CITY AND
15      vs.                          COUNTY OF SAN FRANCISCO AND
                                     LADRON DURIO
16  CITY AND COUNTY OF SAN
    FRANCISCO, SAN FRANCISCO
17  GENERAL HOSPITAL, LADRON         Date Action Filed:  January 19, 2007
    DURIO, JAMES MOORE, and DOES 1 – Trial Date:         Not yet set
18  25,
19           Defendants.
20
21      This matter came on the ex parte calendar on May 25, 2007, in Department 302, the

22  Honorable Patrick J. Mahoney presiding.  Present and representing Defendants City and County

23  of San Francisco and Ladron Durio ("City") was Deputy City Attorney Rose-Ellen H. Fairgrieve.

24  Counsel for Plaintiff Gladys DeWitt, Ashwin Ladva, Esq., was given notice of the ex parte

25  matter and did/did not appear.  After considering the Defendants' ex parte application, the

26  declaration of Rose-Ellen Fairgrieve in support of Defendants' ex parte application, and any oral

27  argument presented at the ex parte hearing,

28

ENDORSED
F I L E D
San Francisco County Superior Court

MAY 2 5 2007

GORDON PARK-LI, Clerk
BY: _____
                    Deputy Clerk

RECEIVED
BY
MAY 2 4 2007

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT:

2         The Complaint is dismissed with prejudice. Judgement is granted against Gladys DeWitt

3    in favor of the Defendants City and County of San Francisco and Ladron Durio.

4

5    **IT IS SO ORDERED.**

6
     Dated: _May 25, 2007_
7                                                    Honorable Patrick J. Mahoney
                                                     San Francisco Superior Court
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT B



1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
3   ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 5th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3845
6   Facsimile:    (415) 554-4248
    E-Mail:       rose-ellen.fairgrieve@sfgov.org
7
    Attorneys for Defendants
8   CITY AND COUNTY OF SAN FRANCISCO,
    LADRON DURIO, AND JAMES MOORE
9

ENDORSED
FILED
San Francisco County Superior Court

MAY 2 5 2007

GORDON PARK-LI, Clerk

BY: _____
                Deputy Clerk



10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                        COUNTY OF SAN FRANCISCO

12                        UNLIMITED JURISDICTION

13   GLADYS DEWITT,                        Case No. 459-735

14              Plaintiff,                 [PROPOSED] ~~JUDGMENT~~ ORDER IN FAVOR
                                           OF DEFENDANTS CITY AND
15         vs.                             COUNTY OF SAN FRANCISCO AND
                                           LADRON DURIO
16   CITY AND COUNTY OF SAN
     FRANCISCO, SAN FRANCISCO
17   GENERAL HOSPITAL, LADRON              Date Action Filed:    January 19, 2007
     DURIO, JAMES MOORE, and DOES 1 –      Trial Date:          Not yet set
18   25,

19              Defendants.

20

21         This matter came on the ex parte calendar on May 25, 2007, in Department 302, the

22   Honorable Patrick J. Mahoney presiding.  Present and representing Defendants City and County

23   of San Francisco and Ladron Durio ("City") was Deputy City Attorney Rose-Ellen H. Fairgrieve.

24   Counsel for Plaintiff Gladys DeWitt, Ashwin Ladva, Esq., was given notice of the ex parte

25   matter and did/did not appear.  After considering the Defendants' ex parte application, the

26   declaration of Rose-Ellen Fairgrieve in support of Defendants' ex parte application, and any oral

27   argument presented at the ex parte hearing,



1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT:

2        The Complaint is dismissed with prejudice. Judgement is granted against Gladys DeWitt

3   in favor of the Defendants City and County of San Francisco and Ladron Durio.

4

5      **IT IS SO ORDERED.**

6

7   Dated: May 25, 2007

                     Honorable Patrick J. Mahoney

8                          San Francisco Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Karen Passanisi, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On May 25, 2007, I served the following document(s):

- **NOTICE OF ENTRY OF JUDGMENT AND ORDER IN FAVOR OF DEFENDANTS CITY AND COUTY OF SAN FRANCISCO AND LADRON DURIO**

on the following persons at the locations specified:

Ashwin Ladva, Esq.
Ladva, Shoker & Associates
530 Jackson St., 2nd Floor
San Francisco, CA 94133-5143

in the manner indicated below:

☒ **BY UNITED STATES MAIL:** Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE:** I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY:** I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE:** Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number (415) 554-4248 to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached or ☒ will be filed separately with the court.**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed May 25, 2007, at San Francisco, California.

_____
Karen Passanisi