1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3845
6  Facsimile:    (415) 554-4248

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  LADRON DURIO, AND JAMES MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, LADRON DURIO, JAMES MOORE, and DOES 1 – 25,<br><br>    Defendants. | Case No.  07-3791 PJH<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>FRCP, RULE 12(B)(6)<br><br>Date:       September 5, 2007<br>Time:       9:00 a.m.<br>Crtrm:     Courtroom 3, 17th Floor<br><br>Exhibits:   A-E |

Pursuant to Federal Rule of Evidence 201, defendant City and County of San Francisco hereby requests that this Court take judicial notice of the following:

A. DeWitt's Claim against the City and County of San Francisco, served March 23, 2006, a true and correct copy attached hereto as Exhibit A;

B. Order Sustaining Defendant City and County of San Francisco and Ladron Durio's Demurrer to Plaintiff's Complaint, filed in San Francisco Superior Court April 25, 2007, a true and correct copy attached hereto as Exhibit B;

C. Order Granting Plaintiff's Motion to Set Aside the Dismissal, filed in San Francisco Superior Court June 29, 2007, a true and correct copy attached hereto as Exhibit C;

D. San Francisco Superior Court Docket, Case #459735, a true and correct copy attached hereto as Exhibit D; and

E. San Francisco City Charter Sections 10.101 and 10.103, a true and correct copy attached hereto as Exhibit E.

Dated: July 25, 2007

          DENNIS J. HERRERA
          City Attorney
          ELIZABETH S. SALVESON
          Chief Labor Attorney
          ROSE-ELLEN H. FAIRGRIEVE
          Deputy City Attorney

By:       /s/
    ROSE-ELLEN H. FAIRGRIEVE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
LADRON DURIO, AND JAMES MOORE