| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788 |
|   | Chief Labor Attorney |
| 3 | ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, 5th Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:     (415) 554-3845 |
| 6 | Facsimile:       (415) 554-4248 |
|   | E-Mail:           rose-ellen.fairgrieve@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendants |
|   | CITY AND COUNTY OF SAN FRANCISCO, |
| 9 | LADRON DURIO, AND JAMES MOORE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT, | Case No. C07-3791 PJH |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, LADRON DURIO, JAMES MOORE, and DOES 1 – 25, | |
| Defendants. | |

I, Karen Passanisi, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On August 2, 2007, I served the attached:

- **CIVIL COVER SHEET**

- **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

PROOF OF SERVICE, USDC # C07-03791 PJH        1                    n:\labor\li2007\071000\00429254.doc

- **"WELCOME TO THE U.S. DISTRICT COURT" DOCUMENT**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **ECF REGISTRATION INFORMATION HANDOUT**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Ashwin Ladva, Esq.
Ladva, Shoker & Associates
530 Jackson St., 2nd Floor
San Francisco, CA 94133-5143
Facsimile: (415) 296-8847

and served the named document in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 2, 2007, at San Francisco, California.

_____
Karen Passanisi