1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3845
6  Facsimile:    (415) 554-4248

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  LADRON DURIO, AND JAMES MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLADYS DEWITT, | Case No. 07-3791 PJH |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF NO OPPOSITION RECEIVED FROM PLAINTIFF DEWITT IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, LADRON DURIO, JAMES MOORE, and DOES 1 – 25, | Hearing Date:    September 5, 2007<br>Time:    9:00 a.m.<br>Place:    Courtroom 3, 17th Fl |
| Defendants. | Trial Date:    Not yet set |

Notice of No Opposition Filed
Case No. 07-3791 PJH

N:\LABOR\LI2007\071000\00432883.DOC

1  Defendants removed this action on July 24, 2007.  Plaintiff's counsel was served with the
2  notice of removal and the initiating documents by U.S. Mail.  On July 25, 2007, Defendants
3  electronically filed their motion to dismiss.
4  On August 10, 2007, the clerk issued a notice instructing all counsel who had not
5  previously done so to register as ECF users.
6  On August 13, 2007, Plaintiff filed a case management statement in San Francisco
7  Superior Court.  When Defendants' counsel received the statement on August 14, 2007, she
8  phoned Plaintiff's counsel to inform him that the case had been removed, and that there was a
9  motion on file that was calendared for September 5, 2007.
10  Plaintiff's opposition to the motion to dismiss was due to be filed by August 15, 2007.
11  No opposition has been filed.  On August 21, 2007, Plaintiff's counsel's phoned Defendants'
12  counsel to request a copy of the moving papers, which were emailed to him on the same date.
13  For all the reasons set forth in Defendants' moving papers, Defendants respectfully
14  request that the Court grant their motion to dismiss in its entirety.
15  Dated:  August 21, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE
Deputy City Attorney


By:_____/s/_____
ROSE-ELLEN H. FAIRGRIEVE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
LADRON DURIO, AND JAMES MOORE

Notice of No Opposition Filed
Case No.  07-3791 PJH

1

N:\LABOR\LI2007\071000\00432883.DOC