Ashwin Ladva, Esq. (206140)
Palvir K. Shoker (SB# 215533)
LADVA, SHOKER & ASSOCIATES
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
(415) 296 - 8844

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT | Case No.: 07-3791 PJH |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et. al. | |
| Defendants. | |

## STIPULATION

The parties have met and conferred and hereby stipulate to vacate Defendant's Motion to Dismiss originally to be heard on September 5, 2007 and move said defendant's hearing date to September 29, 2007 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3, 17th Floor, of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California.

The parties propose the following: Plaintiff's opposition would be due on September 12, 2007 and Defendant's reply would be due on September 19, 2007.

The reason for the parties request is because plaintiff did not receive notice of said motion. There has been no past time modifications in this case and the requested time modification will not interfere with the schedule for the case.

The undersigned parties agree to the entry of an Order Extending Time.

DATED: 8/28/07

Respectfully Submitted,

By: _____
Rose-Ellen H. Fairgrieve
Attorney for Defendant

DATED: 8/28/07

Respectfully Submitted,

By: _____
Ashwin Ladva
Attorney for Plaintiff

2