UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLADYS DEWITT | ) | Case No.: 07-3791 PJH |
| Plaintiff, | ) ) ) | |
| | ) | **ORDER CHANGING TIME** |
| v. | ) ) ) | |
| CITY AND COUNTY OF SAN FRANCISCO, et. al. | ) ) ) | |
| Defendants. | ) ) | |

### ORDER CHANGING TIME

Upon consideration of the stipulation filed by the parties, it is ORDERED that the parties shall adhere to the following schedule for briefing relating to Defendants' Motion To Dismiss dated July 27, 2007:

Plaintiff's Opposition shall be due September 12, 2007.

Defendants' Reply shall be due September 19, 2007.

Defendant's hearing date shall be set for **October 3, 2007** at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date _____

_____
Honorable Federal District Court
**Judge Phyllis J. Hamilton**