UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.<br><br>Defendants. | Case No.: 07-3791 PJH<br><br>**ORDER CHANGING TIME** |

### ORDER CHANGING TIME

Upon consideration of the stipulation filed by the parties, it is ORDERED that the parties shall adhere to the following schedule for briefing relating to Defendants' Motion To Dismiss dated July 27, 2007:

Plaintiff's Opposition shall be due September 12, 2007.

Defendants' Reply shall be due September 19, 2007.

Defendant's hearing date shall be set for **October 3, 2007** at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date   8/30/07

Honorable
Judge Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA*