Ashwin Ladva, Esq. (206140)
**LADVA, SHOKER & ASSOCIATES**
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
(415) 296 - 8844

Attorney for Plaintiff
GLAYS DEWITT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(UNLIMITED JURISDICTION)

| | |
|---|---|
| GLADYS DEWITT | Case No.: C07-3791 PJH |
| Plaintiff, | Motion and notice—By attorney—For permission to withdraw appearance— Attorney-client relationship terminated by agreement [Fed R Civ P 7(b)] |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et. al. | |
| Defendants. | |

Ashwin Ladva, attorney of record for the GLADYS DEWITT, plaintiff, in the above-entitled action, moves the court for permission to withdraw his appearance as attorney of record for plaintiff. Plaintiff received a copy of her case file relating to the above matter. The case file includes but is not limited to the following documents: all original and copy of pleadings and discovery documents, plaintiff workmans compensation file, correspondence, attorney notes, and ORDER SETTING INITIAL CASE MANAGEMENT CONFERECE AND ADR DEADLINES, any and all pleadings.

This motion is based on the grounds that plaintiff and movant have agreed to terminate their relationship as attorney and client and that plaintiff **will represent herself in per se.**

1
2  DATED: 8/20/07

Respectfully Submitted,

By: _____
Ashwin Ladva
Attorney for Plaintiff

7  DATED: 8-21-07

By: _____
GLADYS DEWITT
In Per Se.

2