UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.<br><br>Defendants. | Case No.: 07-3791 PJH<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

### ORDER GRANTING SUBSTITUTION OF ATTORNEY

Upon consideration of the papers filed by the Plaintiff and the preference of the Plaintiff, Ms. Dewitt, to terminate her current attorneys of record, it is ORDERED that Ms. Dewitt will substitute out the Law Offices of Ladva, Shoker & Associates and its attorneys, Ashwin Ladva, Palvir Shoker and Jason Lundberg, and shall proceed in Pro Se.

IT IS SO ORDERED

Date _____

_____
Honorable Federal District Court
**Judge Phyllis J. Hamilton**