1  Ashwin Ladva, Esq. (206140)
   Palvir K. Shoker (SB# 215533)
2  LADVA, SHOKER & ASSOCIATES
3  530 Jackson Street, 2nd Floor
   San Francisco, CA 94133
4  (415) 296 - 8844

5  Attorney for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  GLADYS DEWITT                 )  Case No.: 07-3791 PJH
                                  )
10      Plaintiff,                )
                                  )
11                                )  DECLARATION OF ASHWIN LADVA
        v.                        )  SUPPORTING PLAINTIFF'S MOTION TO
12                                )  WITHDRAW AS COUNSEL PURSUANT
                                  )  TO AGREEMENT
13 CITY AND COUNTY OF SAN         )
   FRANCISCO, et. al.             )
14                                )
                                  )
15      Defendants.                )
                                  )
16 _____

17

**Ashwin Ladva declares:**

18

19 1. I am the attorney of record for GLADYS DEWITT, plaintiff in this action.

20 2. This motion to withdraw is based upon GLADYS DEWITT terminating our attorney client

21 relationship, failing to cooperate with my office in pursuing her case, and requesting I immediately give

22 her all records in my possession regarding the case.

23

24 3. GLADYS DEWITT came to my office on 8/20/07 requesting her entire case file and demanded that I

25 immediately stop all work on her case. However, GLADYS DEWITT refused to sign a verification that

26 she received all her documents and a substitution of counsel form.

27

28

4. On September 6, 2007, GLADYS DEWITT faxed us a signed Attorney Client Relationship Termination by Agreement and a State Substitution of Attorney form.

5. A substitution of attorneys is appropriate because I am unable to represent plaintiff because of her refusal to cooperate with my office and because plaintiff wants to end our attorney-client-relationship and proceed in pro se.

6. No injury will result by my withdrawal to GLADYS DEWITT, plaintiff in this action, or to any other party interested in the action.

7. It is in the best interest of GLADYS DEWITT that our attorney-client relationship be terminated.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Attached as Exhibit A: Authorization to Release Information; RECEIVED ON 9/6/2007
Attached as Exhibit B: Substitution of Attorney - Civil

DATED: 9/6/7

Respectfully Submitted,

By: _____
Ashwin Ladva
Attorney for Plaintiff

# EXHIBIT A

Friday, August 24, 2007

Ladva, Shoker, and Associates
530 Jackson Street, 2nd Floor
San Francisco, Ca 94133
Attn: Ashwin Ladva

## Authorization to Release Information

I Gladys Dewitt authorize Ashwin Ladva or his associate(s) Pursuant to Fed R Civ P 7 (b) —*Attorney-client relationship termination by agreement* to release all records in his possession regarding **Case # C07-3791 PJH** and to release this information as soon as possible. As attached records release for your firm is enclosed (and signed) as well, so both parties have complete and accurate records regarding the termination of our respective relationship(s).

Please Reply to Either Richard Midgett (listed Witness) at 480 Ellis St. Suite # 433 S.F CA 94102 *or* to my Address of record 772 Hampshire St. S.F CA 94110.

_____
Gladys Dewitt

_____
Richard Midgett-Witness
415-346-9747(For p/u app if needed)

# EXHIBIT B

|  |  |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Ashwin Ladva  206140<br>Ladva, Shoker, and Associates<br>530 Jackson Street, 2 Floor<br>San Francisco, CA 94133<br>TELEPHONE NO.: 510-296-8844   FAX NO. (Optional): 510-296-8347<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Gladys Dewitt | MC-050<br>FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:
CASE NAME: Dewitt v. City and County of San Francisco

| SUBSTITUTION OF ATTORNEY - CIVIL<br>(Without Court Order) | CASE NUMBER |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Gladys Dewitt makes the following substitution:

1. Former legal representative ☐ Party represented self ☒ Attorney (name): Ashwin Ladva
2. New legal representative ☒ Party is representing self* ☐ Attorney
   a. Name:
   b. State Bar No. (if applicable):
   c. Address (number, street, city, ZIP, and law firm name, if applicable):

   d. Telephone No. (include area code):
3. The party making this substitution is a ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other (specify):

---

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
Date:

Gladys Dewitt
(TYPE OR PRINT NAME)   (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
Date: August 20, 2007

Ashwin Ladva
(TYPE OR PRINT NAME)   (SIGNATURE OF FORMER ATTORNEY)

☐ I consent to this substitution.
Date:

(TYPE OR PRINT NAME)   (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)   Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>C-050 [Rev. January 1, 2007]<br> | SUBSTITUTION OF ATTORNEY - CIVIL<br>(Without Court Order) | Code of Civil Procedure, §§ 284(1), 285<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |
|---|---|---|

Gladys Dewitt