UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLADYS DEWITT,

    Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).
_____/

No. C 07-3791 PJH

**ORDER SCHEDULING APPEARANCE**

    Before the court is a motion of plaintiff's counsel requesting leave to withdraw as counsel of record. In view of the pending motion to dismiss and the September 12, 2007 deadline for the filing of plaintiff's opposition, an appearance by plaintiff <u>and</u> her counsel is required before the request may be granted. Accordingly, plaintiff, along with her counsel and counsel for defendant shall appear at a case management conference on September 13, 2007 at 2:30.

    **IT IS SO ORDERED.**

Dated: September 7, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge