Ashwin Ladva, Esq. (206140)
Palvir K. Shoker (SB# 215533)
LADVA, SHOKER & ASSOCIATES
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
(415) 296 - 8844

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.<br><br>    Defendants. | Case No.: 07-3791 PJH<br><br>**SECOND DECLARATION OF ASHWIN LADVA SUPPORTING PLAINTIFF'S MOTION TO WITHDRAW** |

**Ashwin Ladva declares:**

1. I am the attorney of record for GLADYS DEWITT, plaintiff in this action.

2. On September 11, 2007, Plaintiff came to my office at 530 Jackson Street, San Francisco, California.

3. Plaintiff was waiting in the lobby of my office for less than 2 minutes when she went down the hallway to my office. Plaintiff demanded her file immediately. I told Plaintiff that we were organizing her file and to please wait a moment. Plaintiff again demanded her file immediately. Plaintiff began yelling obscenities at me and my staff so loudly that other tenants on the floor came out of their offices and heard the whole incident.

1

4. My law clerk was holding a box with Plaintiff's file. Plaintiff demanded the box and then grabbed the box and ripped it out of my law clerks hands. Plaintiff then proceeded to yell more obscenities and headed towards the elevator with the box. My law clerk followed her and handed her the Honorable Judge Hamilton's Case Management Conference Meeting Notice set for September 13, 2007.

5. I planned to discuss with Plaintiff that our opposition to Defendant' Motion to Dismiss was still pending, that I needed to clarify the timeline of events regarding her case to better prepare our opposition, and that she needed to attend the Case Management Conference set for Thursday, September 13, 2007. However because plaintiff attacked my law clerk, yelled obscenities at my entire staff, and stormed off we were unable to discuss her case.

6. This latest incident is another example of how my client has failed to cooperate with my office in pursuing this case.

7. I declare under penalty of perjury under the laws of United States of America and the State of California that the foregoing is true and correct.

DATED: 9/11/07

Respectfully Submitted,

By: _____
Ashwin Ladva
Attorney for Plaintiff