UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** September 13, 2007                      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3791 PJH

**Case Name:** Gladys Dewitt v. City and County of San Francisco, et al.

**Attorney(s) for Plaintiff:**     Ashwin Ladva
**Attorney(s) for Defendant:**    Rose-Ellen Fairgrieve

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Not Reported

**PROCEEDINGS**

      Case Management Conference-Held. Plaintiff Gladys Dewitt appears in court. The court grants plaintiff counsel's motion to withdraw as attorney of record. Plaintiff counsel informs the court that he has handed over his file to Ms. Dewitt. Mr. Ladva is excused.

      The court continues the matter for two weeks to allow plaintiff time to hire new counsel. The new attorney will need to review the opposition filed by Mr. Ladva on behalf of plaintiff and inform the court if he/she will accept the opposition or if he/she would like the opportunity to file a new opposition to defendants' motion to dismiss. If Ms. Dewitt is not able to hire new counsel within two weeks she shall be prepared to proceed pro per. She will then need to decide if she will accept the opposition filed by Mr. Ladva on her behalf or if she would like to file a new opposition to defendant's motion to dismiss. The 10/3/07 hearing date for defendants' motion to dismiss is vacated. The court continues the matter to September 27, 2007 at 2:30 p.m. for case management conference to set hearing date on defendants' motion to dismiss.

**Order to be prepared by:**    [] Pl [] Def [] Court

**Notes:**

**cc:** file