**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES</u>

**Date:  September 27, 2007**                         **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-07-3791  PJH**

**Case Name: Gladys Dewitt v. City and County of San Francisco, et al.**

**Attorney(s) for Plaintiff:**          **Gladys Dewitt (pro per)**
**Attorney(s) for Defendant:**          **Rose-Ellen Fairgrieve**

**Deputy Clerk**:  Nichole Heuerman                **Court Reporter**: Not Reported

**PROCEEDINGS**

     Further Case Management Conference-Held.  Ms. Dewitt informs the court that she may have found counsel to represent her.  Ms. Dewitt's request for a 6 week continuance of the hearing date on defendants' motion to dismiss is granted by the court.  The opposition to the motion shall be filed by 10/17/07; reply to be filed by 10/24/07 with a hearing date set for 11/7/07 at 9:00 a.m.  Defense counsel to provide a copy of the motion papers to plaintiff.  All pending dates are vacated until the ruling on the motion to dismiss.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file; Alex