1  Darryl Parker, SBN 95914
   PREMIER LAW GROUP, PLLC          OCT 11  PM 1:0
2  3131 Elliott Avenue, Suite 710
   Seattle, Washington 98121            RICHARD W. WIEKING
3  Telephone:  (206) 285-1743          CLERK, U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF CALIFORNIA
   Facsimile:  (206) 599-6316
4
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT CALIFORNIA

10  GLADYS DEWITT,                    )
                                      )  No. C-07-03791 PJH
11                  Plaintiff,        )
                                      )  SUBSTITUTION OF ATTORNEY
12          vs.                       )  AND ORDER
                                      )
13  CITY AND COUNTY OF SAN            )
    FRANCISCO et al.,                 )
14                                    )
                    Defendants.       )
15                                    )

16

17       Attorney Darryl Parker of Premier Law Group, whose address and telephone number

18  appear above, hereby enters his appearance and substitutes in for and instead of plaintiff

    Gladys Dewitt as the attorney of record for plaintiff.  You are hereby notified that all further
19
    pleadings, notices, documents, or other papers pertaining to the aforementioned action shall
20
    be served on the undersigned attorney.
21
         For e-filing purposes plaintiff's attorney's email address is dparker@plg-pllc.com.
22

23

SUBSTITUTION OF ATTORNEY                    **Premier Law Group, PLLC**
(C-07-03791 PJH)-1                          3131 Elliott Avenue, Suite 710
                                            Seattle, WA 98121
                                            (206) 285-1743-/ FAX: (206) 599-6316

1

2    DATED: October 10, 2007                PREMIER LAW GROUP PLLC

3
                                           By: _____
4                                             Darryl Parker, SBN. 95914
                                              Attorney for Plaintiff
5

6    I consent to the above substitution.

7    Dated __10__, October, 2007.

8                                          _Gladys Dewitt_____
                                           Gladys Dewitt
9

10   I accept the above substitution.

11   Dated October 10, 2007.

12                                             PREMIER LAW GROUP PLLC

13
                                           By: _____
14                                            Darryl Parker, SBN. 95914
                                              Attorney for Plaintiff
15

16   IT IS SO ORDERED.

17   Dated _____, October, 2007.

18                                         _____
                                           The Honorable Phyllis Hamilton
19                                         United States District Judge

20

21

22

23

SUBSTITUTION OF ATTORNEY                   **Premier Law Group, PLLC**
(C-07-03791 PJH)-2                         3131 Elliott Avenue, Suite 710
                                           Seattle, WA 98121
                                           (206) 285-1743- / FAX: (206) 599-6316