1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
3   ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 5th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3845
6   Facsimile:    (415) 554-4248
    E-Mail:        rose-ellen.fairgrieve@sfgov.org
7
8   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
    LADRON DURIO, AND JAMES MOORE
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12  GLADYS DEWITT,                          Case No. 07-3791 PJH

13          Plaintiff,                       **DEFENDANTS CITY AND COUNTY
                                             OF SAN FRANCISCO'S AND
14      vs.                                  LADRON DURIO'S REPLY IN
                                             SUPPORT OF MOTION TO DISMISS
15  CITY AND COUNTY OF SAN                   MEMORANDUM OF POINTS AND
    FRANCISCO, SAN FRANCISCO                 AUTHORITIES (F.R.C.P. 12(b)(6))**
16  GENERAL HOSPITAL, LADRON
    DURIO, JAMES MOORE, and DOES 1 –        Date:  November 7, 2007
17  25,                                      Time:  9:00 a.m.
                                             Place:  Courtroom 3, 17th Floor
18          Defendants.
                                             Trial Date: Not yet set
19

20

21

22

23

24

25

26

27

28

1   Plaintiff Gladys DeWitt ("DeWitt") concedes that she fails to state a viable claim for relief

2   as to all but one cause of action.  As to that one cause of action, promissory estoppel, Plaintiff

3   provides no argument in opposition to Defendants' argument that Plaintiff cannot state a cause of

4   action for promissory estoppel as a matter of law.  Accordingly, Defendants' motion to dismiss as to

5   all causes of action should be granted.

6       Furthermore, Plaintiff's proposed amendments to the complaint would be futile.  The Ninth

7   Circuit has held that "the class-of-one theory of equal protection is inapplicable to decisions made

8   by public employers with regard to their employees."  *Enquist v. Oregon Dept. of Agriculture*, 478

9   F.3d 985, 996 (9th Cir. 2007), *petition for cert. filed,* 76 USLW 3199 (Oct 5, 2007).  And Plaintiff

10  cannot bring a claim under FEHA, because she has never alleged that she filed an administrative

11  charge, which is a jurisdictional prerequisite.  Cal. Gov't Code §12960; *Carter v. Smith Food King*,

12  765 F.2d 916, 921 (9th Cir. 1985).

13

14  Dated:  October 24, 2007                Respectfully submitted,

15                                          DENNIS J. HERRERA
                                            City Attorney
16                                          ELIZABETH S. SALVESON
                                            Chief Labor Attorney
17                                          ROSE-ELLEN H. FAIRGRIEVE
                                            Deputy City Attorney
18

19
                                    By:_____/s/_____
20                                          ROSE-ELLEN H. FAIRGRIEVE
                                            Attorneys for Defendant
21

22

23

24

25

26

27

28

DEFS' REPLY ISO MOTION TO DISMISS MPA          n:\labor\li2007\071000\00444680.doc
CASE NO. 07-3791 PJH