1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3845
6  Facsimile:    (415) 554-4248

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
8  AND JAMES MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLADYS DEWITT, | Case No. 07-3791 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, JAMES MOORE, and DOES 1 – 25, | |
| Defendants. | |

Plaintiff Gladys DeWitt and Defendants City and County of San Francisco ("City") hereby stipulate to extending the date to file an answer to the complaint to December 18, 2007. This continuance was sought by the City's counsel due to deadlines and depositions she has had in another matter. Plaintiff has agreed to this continuance.

1

IT IS SO STIPULATED.

Dated:                                              PREMIER LAW GROUP, PLLC


                                                    _____/s/_____
                                                    DARRYL PARKER
                                                    Attorneys for Plaintiff


Dated:                                              DENNIS J. HERRERA
                                                    City Attorney
                                                    ELIZABETH S. SALVESON
                                                    Chief Labor Attorney
                                                    ROSE-ELLEN H. FAIRGRIEVE
                                                    Deputy City Attorney


                                                    By:_____/s/_____
                                                    ROSE-ELLEN H. FAIRGRIEVE
                                                    Attorneys for Defendants


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, the time to answer the Second Amended Complaint for damages is extended to December 18, 2007.

IT IS SO ORDERED.

Dated:                                              _____
                                                    Hon. Phyllis J. Hamilton

2

Stip. & [Proposed] Order; Case No. C07-03791 PJH                    N:\LABOR\LI2007\071000\00452632.DOC