DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3845
Facsimile:      (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JAMES MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLADYS DEWITT, | Case No. 07-3791 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, JAMES MOORE, and DOES 1 – 25, | |
| Defendants. | |

Plaintiff Gladys DeWitt and Defendants City and County of San Francisco ("City") hereby stipulate to extending the date to file an answer to the complaint to December 18, 2007. This continuance was sought by the City's counsel due to deadlines and depositions she has had in another matter. Plaintiff has agreed to this continuance.

1

IT IS SO STIPULATED.

Dated:                                          PREMIER LAW GROUP, PLLC

                                    _____/s/_____
                                    DARRYL PARKER
                                    Attorneys for Plaintiff


Dated:                                          DENNIS J. HERRERA
                                                City Attorney
                                                ELIZABETH S. SALVESON
                                                Chief Labor Attorney
                                                ROSE-ELLEN H. FAIRGRIEVE
                                                Deputy City Attorney


                                    By:_____/s/_____
                                       ROSE-ELLEN H. FAIRGRIEVE
                                       Attorneys for Defendants


## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, the time to answer the Second Amended Complaint for damages is extended to December 18, 2007.

IT IS SO ORDERED.

Dated: 12/5/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA