Darryl Parker, SBN 95914
PREMIER LAW GROUP, PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al.,<br><br>           Defendants. | ) No. C-07-03791 PJH<br>)<br>) PLAINTIFF'S REQUEST FOR A CASE<br>) MANAGEMENT CONFERENCE<br>)<br>)<br>)<br>)<br>) |

    Plaintiff, through her undersigned counsel, states that this matter is at issue and hereby requests that the Court hold a Case management Conference in March of 2008 for the purposes of setting discovery and motion cut-offs and for setting a trial date.

DATED: February 5, 2008          PREMIER LAW GROUP PLLC

                                         By: /s/ Darryl Parker
                                              Darryl Parker, SBN. 95914
                                              Attorney for Plaintiff

PLAINTIFF'S REQUEST FOR A CASE MANAGEMENT
CONFERENCE
(C-07-03791 PJH)-1

Premier Law Group, PLLC
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
(206) 285-1743- / FAX: (206) 599-6316