UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLADYS DEWITT,

        Plaintiff(s),                     No. C 07-03791 PJH

    v.                                  **CLERK'S NOTICE**

CITY AND COUNTY OF
SAN FRANCISCO, et al.

        Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **February 28, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct a Further Case Management Conference, in this matter.   A joint case management conference statement shall be filed by February 21, 2008.

                                           Richard W. Wieking
                                           Clerk, U.S. District Court

                                   by:_____
                                           Nichole Heuerman, Deputy Clerk
                                           Honorable Phyllis J. Hamilton
                                           (415) 522-2023

Dated:  February 6, 2008