UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** February 28, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3791 PJH
**Case Name:** Gladys Dewitt v. City and County of San Francisco

**Attorney(s) for Plaintiff:**    Darryl Parker
**Attorney(s) for Defendant:**    Rose-Ellen Fairgrieve

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Not Reported

PROCEEDINGS

   Further Case Management Conference-Held.  Plaintiff counsel agrees with the court to dismiss James Moore and the General Hospital.  The only remaining defendant is the City and County of San Francisco.  The court sets a pretrial schedule.

**REFERRALS:**

**[x] Case referred to ADR for Mediation to be completed within 90 days**.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 7/30/08**
**Expert disclosure: 10/24/08**
**Expert discovery cutoff: 11/26/08**
**Motions heard by: 9/24/08**
**Pretrial Conference: 12/18/08**
**Trial: 1/12/09  at  8:30 a.m., for 5 days, by [x] Jury  [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file; ADR