# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| De Witt,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>City and County of San Francisco,<br><br>　　　　Defendant(s). | No. C 07-03791 PJH MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _June 2, 2008_

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ **YES**   ☐ **NO**

Dated: _6/7/08_

_Kristen W. Maloney_
**Mediator, Kristen W. Maloney**
Law Offices of Kristen W. Maloney
14 Sunrise Hill Road
Orinda, CA 94563

**Certification of ADR Session**
07-03791 PJH MED