Darryl Parker, SBN 95914
PREMIER LAW GROUP, PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO et al., <br><br> Defendants. | No. C-07-03791 PJH <br><br> PLAINTIFF'S REQUEST FOR A CASE MANAGEMENT CONFERENCE |

A mediation was held on June 2, 2008. During the mediation, the parties reached a settlement that was confirmed in writing pending a formal written settlement agreement and release. On June 19, 2008, this Court issued a conditional order of dismissal contingent upon the processing of the settlement within 60 days. To date, plaintiff has not received a fully executed settlement agreement from defendants and plaintiff has been informed that the processing of this settlement by the City and County of San Francisco is still 6 months to a year from being completed.

PLAINTIFF'S REQUEST FOR A CASE MANAGEMENT
CONFERENCE
(C-07-03791 PJH)-1

Premier Law Group, PLLC
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
(206) 285-1743- / FAX: (206) 599-6316

1  Plaintiff is at a loss to understand why this process is taking so long. It has taken
2  more than two months to just have a written agreement with no end to this process in sight.
3  Plaintiff requests that like the matter be restored to the trial calendar and a Case Management
4  Conference scheduled where either enforcement or monitoring of the matter is discussed and
5  an appropriate order for the management of this process issued.

6  DATED: August 1, 2008                    PREMIER LAW GROUP PLLC

7
                                            By: /s/ Darryl Parker
8                                              Darryl Parker, SBN. 95914
                                               Attorney for Plaintiff