UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLADYS DEWITT,

    Plaintiff(s),                No. C 07-3791 PJH

    v.                        **ORDER**

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).

_____/

    At plaintiff's request a case management conference will be held on August 14, 2008, at 2:30, to discuss the amount of time needed for defendants to finalize the settlement. This is the only date available prior to the expiration of the 60-day restoration period, and consequently may not be changed.

**IT IS SO ORDERED.**

Dated: August 4, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge