```
Darryl Parker, State Bar #95914
PREMIER LAW GROUP, PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone:    (206) 285-1743
Facsimile:    (206) 599-6316

Attorney for Plaintiff
GLADYS DEWITT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, JAMES MOORE, and DOES 1 – 25,<br><br>    Defendants. | Case No. Case No. 07-3791 PJH<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT<br><br>Hearing Date:    8/14/2008<br>Time:              2:30 p.m.<br>Place:   Courtroom 3, 17th Floor<br>Judge:  Honorable Phyllis J. Hamilton |

Plaintiff submits this Case Management Statement and requests the Court to adopt it as its Case Management Order in this case.

**I.    JURISDICTION AND SERVICE**

The parties agree that the Court has jurisdiction over plaintiffs' claims in this action pursuant to 28 U.S.C. §1331 and 42 U.S.C. §1983. The parties agree that the Court has jurisdiction over the parties to this action pursuant to 29 U.S.C. §1391(b).

Defendant the City and County of San Francisco has been served and has answered the Second Amended Complaint for Damages. Defendant James Moore has not been served. San Francisco General Hospital is a City department, and thus cannot be sued separate and apart from the City and County of San Francisco.

## II. FACTS

The facts and legal issues with regards to the substance of the case remain the same. There have been no changes since the last Case Management Conference. A mediation was held on June 2, 2008. During the mediation, the parties reached a settlement that was confirmed in writing pending a formal written settlement agreement and release. On June 19, 2008, this Court issued a conditional order of dismissal contingent upon the processing of the settlement within 60 days. The only issue now is resolving the delay in finalizing the settlement and accelerating the settlement process. It is plaintiff's position that by this time, more than two months later, we should have had approval from the board regarding the agreement. We request that this Court order the process to be completed by a certain date.

## III. AMENDMENT OF PLEADINGS

Neither party currently intends to amend the pleadings.

## IV. DISCLOSURES

The parties have completed their Initial Disclosures and the issues to be decided are well formulated by the mediation process.

## V. DISCOVERY

No discovery has taken place since the last Case Management Conference as the parties reached a settlement.

## VI. CLASS ACTION

Not applicable.

## VII. RELATED CASES:

There are no related cases pending in this court.

## VIII. RELIEF:

At this time, plaintiff requests the Court's assistance in finalizing the settlement agreement.

### IX. SETTLEMENT AND ADR:

The parties attended a mediation on June 2, 2008 and reached a settlement of this matter after an all day session.

### X. SERVICE LIST:

**FOR PLAINTIFFS:**

Darryl Parker
PREMIER LAW GROUP, PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Tel:   (206) 285-1743
Fax:   (206) 599-6316

**FOR DEFENDANT:**

Rose-Ellen H. Fairgrieve
City Attorney's Office
1390 Market, 5th Floor
San Francisco, CA 94102
Tel:   (415) 554-3845
Fax:   (415) 554-4248

DATED: August 7, 2008              PREMIER LAW GROUP PLLC

                                   By:  /s/ Darryl Parker
                                   _____
                                         Darryl Parker, SBN. 95914
                                         Attorney for Plaintiff