UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: August 14, 2008                             JUDGE: Phyllis J. Hamilton

Case No: C-07-3791 PJH

Case Name: Gladys Dewitt v. City and County of San Francisco

Attorney(s) for Plaintiff:     Darryl Parker
Attorney(s) for Defendant:     Ruth M. Bond for Rose-Ellen Fairgrieve

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

PROCEEDINGS

Further Case Management Conference-Held. Defense counsel updates the court regarding how long it will take to finalize the settlement. The court to issue order extending the deadline of conditional dismissal to November 26, 2008.

**Order to be prepared by:**  [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file