UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLADYS DEWITT,

    Plaintiff(s),                          No. C 07-3791 PJH

    v.                                   **ORDER EXTENDING DEADLINE OF CONDITIONAL DISMISSAL**

CITY & COUNTY OF SAN FRANCISCO,

    Defendant(s).

_____/

    Plaintiff's counsel having timely notified the court that the agreed consideration for the settlement had not been delivered, and the parties having appeared at a case management conference to discuss the same, the court hereby extends the deadline to November 26, 2008. If no further certification is filed by that date, the dismissal shall be with prejudice.

    **IT IS SO ORDERED.**

Dated: August 15, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge