1  Darryl Parker, State Bar #95914
   PREMIER LAW GROUP, PLLC
2  3131 Elliott Avenue, Suite 710
   Seattle, Washington 98121
3  Telephone:    (206) 285-1743
   Facsimile:    (206) 599-6316
4
   Attorney for Plaintiff
5  GLADYS DEWITT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS DEWITT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, JAMES MOORE, and DOES 1 – 25,<br><br>　　　　Defendants. | Case No. 07-3791 PJH<br><br>(~~PROPOSED~~) ORDER TO EXTEND DEADLINE TO FILE DISMISSAL<br><br>Judge: Honorable Phyllis J. Hamilton |

THIS MATTER having come before the Court on the parties' Stipulation to Extend Deadline for entering a Dismissal with prejudice, and the Court finding good cause, now therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the new deadline to enter the dismissal with prejudice is extended to December 30, 2008.

~~DONE IN OPEN COURT~~ this __20th__ day of __November__, 2008.

_____
Judge Phyllis J. Hamilton

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton

ORDER TO EXTEND DEADLINE TO FILE DISMISSAL
CASE NO. C07-03791 PJH