UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLADYS DEWITT,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. C 07-3791 PJH

**ORDER OF DISMISSAL**

    The parties having failed to file a dismissal of the above-entitled action, as directed by the court on November 20, 2008, and having failed to establish further good cause for a continuance, the action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge